# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.:6:06CV1878

_____

ALAN SCOTT HARRISON,

    Plaintiff *pro se*,

Vs.
STATE OF FLORIDA,
OFFICE OF THE STATE COURTS
ADMINISTRATOR, a Florida Agency;
LISA GOODNER, State Courts Administrator,
Office of the State Courts Administrator,
In her official capacity;
EIGHTEENTH JUDICIAL CIRCUIT
COURT ADMINISTRATION;
RON SERRA, Chief Deputy Administrator,
Eighteenth Judicial Circuit of Florida,
In his official capacity;
NINTH JUDICIAL CIRCUIT ADMINISTRATIVE
OFFICE OF THE COURTS;
MATTHEW BENEFIEL, Court Administrator,
Ninth Judicial Circuit of Florida,
In his official capacity;

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    COMES NOW, the Plaintiff, pro se, and dismisses this action against all Defendants, with prejudice, due to settlement between the Parties, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

                                                /s/ Scott Harrison, *pro se*
`                                                 1801 Lee Rd., Suite 360
                                                 Winter Park, FL 32789

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to Michael Spellman, attorney for Defendants, via CM/ECF, Tallahassee, Florida, on the 27 day of October, 2007.

.                                                                 */s/ Scott Harrison*
                                                                  Alan Scott Harrison
                                                                  Attorney at Law
                                                                  1801 Lee Road, Suite 360
                                                                  Winter Park, FL  32789
                                                                  (407) 644-0134
                                                                  FBN 0073806